IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATONYA GOULD INDIVIDUALLY AND AS NEXT FRIEND OF K.G., A MINOR, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-786-K-BN |
| DENNIS D. WOOD and SWIFT TRANSPORTATION SERVICES, LLC | § § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated April 4, 2019, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

**Signed April 29th, 2019.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE