IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LATONYA GOULD, INDIVIDUALLY AND AS NEXT FRIEND OF K.G., A MINOR, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:18-cv-786-K-BN |
| DENNIS D. WOOD and SWIFT TRANSPORTATION SERVICES, LLC | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 20, 2019, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. As requested in the Notice to Court Regarding Guardian and Attorney Ad Litem Approval of Settlement and Motion to Deposit Funds Into Court Registry for Minor Child [Dkt. No. 35], the guardian and attorney ad litem may approve a settlement on behalf of Plaintiff K.G., a minor, and Defendants may deposit the settlement proceeds into the Registry of the

Court to bear interest until the minor, K.G., reaches majority and wishes to withdraw the funds, under Federal Rule of Civil Procedure 67.

**SO ORDERED.**

**Signed September 11th, 2019.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE